**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01296-CV

## TEXAS DEPARTMENT OF LICENSING AND REGULATION, Appellant

## V.

## THE MIAN DEVELOPMENT CORP, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-10320

### ORDER

We **GRANT** appellant's February 12, 2013 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file its reply brief on or before March 4, 2013.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE